IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**REBECCA ANN MORGAN**                                                      **PLAINTIFF**

**VS.**                                                  **CIVIL ACTION: 3:20-cv-00109-GHD-JMV**

**DEBRA GILLEY, ET AL.**                                                 **DEFENDANTS**

**ORDER**

This matter is before the court to *sua sponte* order clarification regarding the defendants in this case. Fed. R. Civ. P. 10(a) requires that the title of the complaint "must name all the parties." However, upon review of the complaint, its exhibits, and the motion to proceed *in forma pauperis*, the court requires clarity regarding who the plaintiff intends to list as a defendant in this case.[1] Therefore, in the interest of both efficiency and justice, the court hereby orders the plaintiff to, within fourteen days hereof, file an amended complaint listing in the caption/title each defendant against whom she desires to pursue this action. Fed. R. Civ. P. 1; Fed. R. Civ. P. 8(e).

SO ORDERED this, the 15th day of April, 2020.

/s/ Jane M. Virden
UNITED STATES MAGISTRATE JUDGE

---

[1] The caption of the complaint lists "Debra Gilley, David Burke, Lorrie Bowen, Blind Rehabilitation Center, U.S. Department of Veterans Affairs, and Gulf Coast Veterans Health Care System. Doc. #1 at 1. The second page of the complaint lists the above-named persons in addition to "James Leehan, HR Supervisor, Gulf Coast Veterans Administration." Doc. #1 at 2. The cover letter attached to the complaint appears only to list "Chief, Debra Gilley, Assistant Chief David Burke, Supervisor, Lorrie Bowen" as defendants. Doc. #1-2 at 1. Finally, the pending [2] motion to proceed *in forma pauperis* lists as a defendant only the U.S. Department of Veterans Affairs.