IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**REBECCA ANN MORGAN**                                                    **PLAINTIFF**

**VS.**                                    **CIVIL ACTION: 3:20-cv-00109-GHD-JMV**

**DEBRA GILLEY, ET AL.**                                               **DEFENDANTS**

## ORDER TO PROCEED IN FORMA PAUPERIS

This matter is before the court on the motion of plaintiff to proceed *in forma pauperis* [2]. The court has considered the motion and finds that it should be granted.

**THEREFORE, IT IS ORDERED**:

1. That the motion is hereby **GRANTED**;

2. HOWEVER, the clerk shall **NOT** issue process for the defendants named in the complaint at this time as the court has ordered [4] plaintiff to file an amended complaint to clarify who, exactly, she intends to list as defendants in this case.

Upon the plaintiff's filing an amended complaint clearly stating each defendant against whom she brings a claim and a complete mailing address therefore, the Clerk of Court shall issue process for the same.

**SO ORDERED** this, the 21st day of April, 2020.

/s/Jane M. Virden
**UNITED STATES MAGISTRATE JUDGE**