IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

REBECCA ANN MORGAN          PLAINTIFF
VS.          CIVIL ACTION: 3:20-cv-00109-GHD-JMV
DEBRA GILLEY, ET AL.          DEFENDANTS

## MOTION TO AMEND ORIGINAL COMPLAINT

**Comes Now**, Plaintiff, Rebecca Ann Morgan, to submit Amended Complaint in the above referenced case to clearly state each defendant against whom she brings a claim and a complete mailing address as requested by the Court, so that the Clerk of Court can issue process for the same.

## Defendants:

Debra Gilley, Chief
Blind Rehabilitation Center, Bldg #14
Gulf Coast Veterans Health Care System
400 Veterans Ave, Biloxi, MS 39531

David Burke, Assistant Chief
Blind Rehabilitation Center, Bldg #14
Gulf Coast Veterans Health Care System
400 Veterans Ave, Biloxi, MS 39531

Lorrie Bowen, Supervisor Low Vision/Daily Living Skills
Blind Rehabilitation Center, Bldg #14
Gulf Coast Veterans Health Care System
400 Veterans Ave, Biloxi, MS 39531

Plaintiff respectfully requests to amend the original Complaint in the above-captioned matter. Respectfully submitted this 22nd day of April, 2020.

Rebecca Ann Morgan, Plaintiff
#15 Rubin Drive
Oxford, MS 38655
662-202-2837

IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

REBECCA ANN MORGAN     PLAINTIFF
VS.     CIVIL ACTION: 3:20-cv-00109-GHD-JMV
DEBRA GILLEY, ET AL.     DEFENDANTS

I, Rebecca Ann Morgan, Plaintiff, in the above referenced matter, hereby acknowledge that I have delivered this day to the Clerk of Court, Motion to Amend Original Complaint clearly stating the names and addresses of Defendants as requested by the Court.

This, the 23 day of April, 2020.

By: _____
Printed Name: Rebecca Ann Morgan