IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF
MISSISSIPPI
OXFORD DIVISION

REBECCA ANN MORGAN     PLAINTIFF
VS.     CIVIL ACTION: 3:20-cv-00109-GHD-JMV
DEBRA GILLEY, ET AL.     DEFENDANTS

## MOTION TO CONTINUE IN PROPER VENUE, MOTION TO NAME PROPER DEFENDANT, ROBERT WILKIE, SECRETARY U.S. DEPARTMENT OF VETERANS AFFAIRS AND MOTION TO RE-FILE ORIGINAL COMPLAINT.

    COMES NOW, Pro Se Plaintiff, Rebecca Morgan and request this court allow her to file an original complaint in the USDC, Southern District of Mississippi and to name the proper Defendant, Secretary of the U.S. Department of Veterans Affairs, Robert Wilkie.

    Pro Se Plaintiff recently submitted her response and request with explanations to be granted these motions, Motion to Respond, June 19, 2020. Plaintiff prays the court will allow her to remedy these minor technicalities and move forward on the issue at hand, the ADA violations of a disabled citizen while employed at the Gulf Coast Veterans Medical Center. Plaintiff again prays for a jury trial in this matter.

Respectfully Submitted,

*[signature]*
Rebecca Ann Morgan Pro Se litigant
#15 Rubin Drive
Oxford, MS 3865
662-202-2837
ramorgan1@ualr.edu
July 8, 2020.

## CERTIFICATE OF SERVICE

I, REBECCA ANN MORGAN, pro se Plaintiff in this named matter hereby certify that I hand delivered (1) copy of this Motion to Continue..., to U.S. Magistrate Judge Jane M. Virden @ 911 Jackson Avenue Suite 369, Oxford, MS 38655.

This the 8th day of July 2020

*Rebecca Ann Morgan*
Rebecca Ann Morgan
Pro Se litigant
662-202-2837
#15 Rubin Drive
Oxford, MS 38655