IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

REBECCA ANN MORGAN          PLAINTIFF

VS.          CIVIL ACTION; 3:20-cv-00109-GHD-JMV

ROBERT WILKIE          DEFENDANT
SECRETARY,
U.S. DEPARTMENT OF VETERAN AFFAIRS

## MOTION TO TRANSFER

COMES NOW, Pro Se Plaintiff, Rebecca Morgan and request this court allow her to transfer the above stated cause to the UNITED STATES DISTRICT COURT for the Southern District of Mississippi, Southern Division and to name Robert Wilkie, Secretary of U.S. Department of Veterans Affairs, as the Defendant. Pro Se Plaintiff recently submitted her response and request with explanations to be granted these motions, Motion to Respond, June 19, 2020. Plaintiff prays the court will allow her to remedy these minor technicalities and move forward on the issue at hand, the ADA violations of a disabled citizen while employed at the Gulf Coast Veterans Medical Center. Plaintiff again prays for a jury trial in this matter.

Respectfully Submitted,

Rebecca Ann Morgan Pro Se litigant
#15 Rubin Drive
Oxford, MS 3865
662-202-2837
ramorgan1@ualr.edu
July 27, 2020.

RECEIVED

JUL 28 2020

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

## **CERTIFICATE OF SERVICE**

I, REBECCA ANN MORGAN, pro se Plaintiff in this named matter hereby certify that I hand delivered (1) copy of this Motion to David Crews, Clerk of Court, Federal Bldg, 911 Jackson Avenue East, Oxford, MS 38655

This the 28th day of July 2020.

Rebecca Ann Morgan
Pro Se litigant
662-202-2837
#15 Rubin Drive
Oxford, MS 38655

3:20-cv-00109-GHD-JMV

David Crews, Clerk of Court
911 Jackson Ave East
Oxford MS 38655

Marge
#15 Rubin Drive
Oxford, MS 38655