RECEIVED

AUG 03 2020

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF
MISSISSIPPI
OXFORD DIVISION

REBECCA ANN MORGAN                    PLAINTIFF

VS.                                                        CIVIL ACTION: 3:20-cv-00109-GHD-JMV

ROBERT WILKIE
SECRETARY U.S. DEPARTMENT OF
VETERANS AFFAIRS                           DEFENDANT

## MOTION TO AMEND ORIGINAL COMPLAINT

COMES NOW Pro Se Plaintiff, Rebecca Ann Morgan and request to Amend Original
Complaint in the above referenced case to name Robert Wilkie, Secretary, U.S. Department of
Veterans Affairs, as requested by the Court. (2) Copies of Complaint enclosed herewith and
hand delivered to David Crews, Clerk of Court, USDC for the Northern District, 911 Jackson
Avenue, Oxford, MS, 38655.


Respectfully submitted this 3rd day of August, 2020.

Rebecca Ann Morgan, Plaintiff
#15 Rubin Drive
Oxford, MS 38655
662-202-2837

## CERTIFICATE OF SERVICE

I, REBECCA ANN MORGAN, pro se Plaintiff in this named matter hereby certify that I hand delivered this Motion to Amend and (2) copies of the Complaint to  David Crews, Clerk of Court, Federal Bldg, 911 Jackson Avenue East, Oxford, MS  38655

This the 3rd day of August 2020.

Rebecca Ann Morgan
Pro Se litigant
662-202-2837
#15 Rubin Drive
Oxford, MS 38655