IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

REBECCA ANN MORGAN                                              PLAINTIFF

v.                                         CIVIL ACTION NO. 3:20-cv-00109-GHD-JMV

DEBRA GILLEY; et al.                                           DEFENDANTS

### ORDER GRANTING UNOPPOSED MOTION TO TRANSFER

Presently before the Court is the Plaintiff's motion to transfer this cause to the United States District Court for the Southern District of Mississippi [22]. The Defendants, who in a previous filing asserted that the proper venue for the Plaintiff's claims are the Southern Division of the United States District Court for the Southern District of Mississippi [13], have not opposed the motion. Upon due consideration, the Court finds that the Plaintiff's motion should be granted and this matter transferred to the Southern District of Mississippi.

The Plaintiff's claims relate exclusively to events that allegedly occurred at the United States Department of Veterans Affairs' Blind Rehabilitation Center in Biloxi, Mississippi [1]. Accordingly, the Court finds that transfer of this matter pursuant to 28 U.S.C. §§ 1404(a) and 1406(a) is appropriate for the convenience of the parties and witnesses, and in the interest of justice.

THEREFORE, it is hereby ORDERED that this cause in its entirety is TRANSFERRED to the Southern Division of the United States District Court for the Southern District of Mississippi.

SO ORDERED, this, the 29th day of September, 2020.

_____
SENIOR U.S. DISTRICT JUDGE